UNITED STATES of America,
Plaintiff–Appellee

v.

Peyton Earl KNATT, Defendant–
Appellant.

No. 07–31087
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 2008.

Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Cecelia A. Bonin, New Iberia, LA, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

Peyton Earl Knatt appeals the sentence imposed after his guilty plea to conspiracy to possess with intent to distribute crack cocaine and marijuana. As the Government concedes, the district court, lacking the benefit of the Supreme Court's recent decisions in *Gall v. United States*, —— U.S. ——, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007), and *Kimbrough v. United States*, —— U.S. ——, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007), erroneously believed itself constrained by this court's pre-*Gall* jurisprudence from imposing a nonguidelines sentence. The district court expressly stated that it would have imposed a different sentence but for the perceived constraints. Because the district court essentially treated the Guidelines as mandatory in this case, the sentence was procedurally unreasonable. *See Gall*, 128 S.Ct. at 597. The sentence is therefore VACATED and the case is REMANDED for resentencing.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.